UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-00076-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMOND NAKAI FLOWERS, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant Flowers's Motion to Reassign [DE-30]. For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Judge Terrence W. Boyle.

SO ORDERED.

This the 19th day of September, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge